UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LITT,

        Plaintiff,                        Case No. 13-12462

v.                                              Paul D. Borman
                                                United States District Judge

PORTFOLIO RECOVERY                 Michael Hluchaniuk
ASSOCIATES, LLC,                            United States Magistrate Judge

        Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE MICHAEL HLUCHANIUK'S
MARCH 20, 2015 REPORT AND RECOMMENDATION
FOR ATTORNEY FEES (ECF NO. 123)
AND GRANTING IN PART AND DENYING IN PART
PLAINTIFFS KAROL AND MARVIN LITT'S
PETITION FOR ATTORNEY FEES (ECF NO. 63)[1]

On March 20, 2015, Magistrate Judge Michael Hluchaniuk entered a Report and Recommendation to Grant in Part and Deny in Part Plaintiffs' Marvin and Karol Litt's Petition for Attorneys' Fees. (ECF No. 123, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS IN PART AND DENIES IN PART Plaintiffs Marvin and Karol Litt's Petition for Attorneys' Fees (ECF No. 63) and

---

[1] On September 16, 2014, this Court entered Judgment in this case in favor of Plaintiffs Marvin and Karol Litt, the parents of Plaintiff Michael Litt, in accordance with Marvin and Karol Litt's Acceptance of Defendant's Rule 68 Offer of Judgment. (ECF No. 101, Judgment; ECF No. 71, Offer of Judgment.) The parties have been unable to agree on an amount for reasonable attorneys' fees and costs, and Marvin and Karol Litt have moved the Court to determine a reasonable amount for those fees and costs. This motion does not involve the claims of Michael Litt.

1

AWARDS Plaintiffs Marvin and Karol Litt a total sum of $33,882.70 in fees and costs, as recommended by Magistrate Judge Hluchaniuk in his March 20, 2015 Report and Recommendation.

IT IS SO ORDERED.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: April 22, 2015

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 22, 2015.

                                              s/Deborah Tofil
                                              Case Manager